1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE HILL, ) | CASE NO.: 2:07-cv-02386-JAM-EFB |
| ) | |
| Plaintiff, ) | **ORDER GRANTING TRANSFER OF** |
| ) | **VENUE TO THE CENTRAL DISTRICT OF** |
| vs. ) | **CALIFORNIA** |
| ) | |
| UNUM LIFE INSURANCE COMPANY OF ) | [Filed concurrently with the Parties' |
| AMERICA, ) | Stipulation] |
| ) | |
| Defendant. ) | Complaint Filed:   December 6, 2007 |
| ) | |

c:\documents and settings\hvine\desktop\07cv2386.o.522.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

[PROPOSED] ORDER GRANTING TRANSFER OF VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA
CASE NO.: 2:07-cv-02386-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Plaintiff Janice Hill and Defendant UNUM Life Insurance Company of America's ("UNUM") Stipulation to Transfer Venue to the Central District of California, and good cause appearing therefor, IT IS HEREBY ORDERED that this action be transferred to the Central District of California.

Dated: May 22, 2008

/s/ John A. Mendez
_____
HON. JOHN A. MENDEZ JUDGE,
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
CALIFORNIA

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-
[PROPOSED] ORDER GRANTING TRANSFER OF VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA
CASE NO.: 2:07-cv-02386-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com